BETTY JO WOODLEY, Plaintiff and Counter-Defendant-Appellee, *v.* ROBERT EARL WOODLEY, Defendant and Counter-Plaintiff-Appellant.

(No. 55485;

First District—April 17, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Arthur George, of Chicago, for appellant.

Gerald Monte Zak, of Chicago, for appellee.